UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN L. BRUBAKER, | CASE NO. C20-0024-JCC |
| Petitioner, | ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 4). Petitioner seeks relief under 28 U.S.C. § 2254 from a 2017 judgment of the Whatcom County Superior Court. (Dkt. No. 3 at 1.) Judge Peterson recommends that the Court dismiss Petitioner's *habeas* petition because he has not exhausted the remedies available to him in state court. (Dkt. No. 4 at 2.) Petitioner appears to have filed objections in the form of a motion to show cause. (*See* Dkt. No. 5.) In his motion, Petitioner argues that he does have to exhaust his federal constitutional claims in state court because state courts lack subject matter jurisdiction to hear such claims. (*See id.* at 2–3.)

Petitioner is mistaken. "Federal law is enforceable in state courts . . . because the Constitution and laws passed pursuant to it are as much laws in the States as laws passed by the state legislature." *Howlett v. Rose*, 496 U.S. 356, 367 (1990). Consequently, state courts have the power to hear federal constitutional claims. *Id.* Congress was well aware of this power when it

enacted the federal *habeas* statute. And it required, as a matter of federal-state comity, that inmates give state courts ""an 'initial opportunity to pass upon and correct' alleged violations of . . . prisoners' federal rights." *Picard v. Connor*, 404 U.S. 270, 275 (1971) (quoting *Wilwording v. Swenson*, 404 U.S. 249, 250 (1971)). Petitioner did not comply with this requirement because he never presented any of his federal *habeas* claims to Washington's courts for review. (*See* Dkt. No. 3 at 5–12.) Accordingly, the Court OVERRULES Petitioner's objections, DISMISSES Petitioner's motion to show cause (Dkt. No. 5), ADOPTS Judge Peterson's report and recommendation (Dkt. No. 4), DISMISSES Petitioner's *habeas* petition (Dkt. No. 3) without prejudice, and DENIES Petitioner a certificate of appealability.

DATED this 2nd day of March 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE